# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Cassie Lynn Packineau, | ) | Case No. 4:13-cr-066-5 |
| | ) | |
| Defendant. | ) | |

On July 10, 2014, the court issued an order granting defendant's Motion for Release on Conditions and releasing her to father's custody for transport from the Heart of America Correctional and Treatment Center in Rugby to the Heartview Foundation in Bismarck on July 11, 2014.

On July 11, 2014, the court was advised that, due to transportation issues, defendant did not arrive at the Heartview Foundation at the appointed hour and, as a consequence, her admission into the Heartview Foundation's inpatient treatment program has been delayed until July 14, 2014. Consequently, the court **ORDERS** that defendant report to the Burleigh County Detention Center in Bismarck by 12:00 p.m., where she will be held in Marshal Service Custody. On July 14, 2014, the Marshal shall transport defendant to the Heartview Foundation by 9:00 a.m., at which time she shall be released subject to the conditions set forth in the court's July 10, 2014, order.

Dated this 11th day of July, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court